**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2558**

---

In Re: ARTHUR O. ARMSTRONG,

                              Petitioner - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (MISC-99-71-1)

---

Submitted:  February 8, 2001          Decided:  February 13, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Arthur O. Armstrong seeks to appeal the district court's order denying his motion for leave to file a complaint. We dismiss the appeal for lack of jurisdiction because Armstrong's notice of appeal was not timely filed.

   Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, <u>see</u> Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." <u>Browder v. Director, Dep't of Correc-tions</u>, 434 U.S. 257, 264 (1978) (quoting <u>United States v. Robinson</u>, 361 U.S. 220, 229 (1960)).

   The district court's order was entered on the docket on Octo-ber 4, 1999. Armstrong's notice of appeal was filed on December 8, 2000. Because Armstrong failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the mate-rials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2